## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MARK C. JACKSON,**

      *Plaintiff*,

v.                         **Case No.: 1:22cv119-MW/GRJ**

**TOM VILSACK, in his capacity as**
**Secretary of Agriculture, et al.,**

      *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION IN PART

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted in part and adopted in part**, over the Plaintiff's objections, as this Court's opinion. Specifically, this Court agrees that Plaintiff's complaint is due to be dismissed for failure to pay the filing fee. Plaintiff's motion for extension of time to pay the filing fee is **DENIED**. This Court does not take a position with respect to whether aspects of Plaintiff's claims are barred by operation of claim or issue preclusion. Accordingly, the Clerk

shall enter judgment stating, "Plaintiff's complaint is dismissed without prejudice for failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED on June 22, 2022.**

**s/Mark E. Walker_____**
**Chief United States District Judge**