IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C. JACKSON,

    *Plaintiff*,

v.                                            Case No.: 1:22cv119-MW/GRJ

TOM VILSACK, in his capacity as
Secretary of Agriculture, et al.,

    *Defendants*.

_____/

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT AND
ADOPTING REPORT AND RECOMMENDATION**

By prior order, this Court dismissed this case for Plaintiff's failure to pay the filing fee. ECF Nos. 6 and 7. However, the Clerk's Office subsequently received a check from Plaintiff paying the filing fee in full, and a motion for reconsideration, ECF No. 10. This Court vacated its prior order adopting the Report and Recommendation and permitted Plaintiff to file additional objections. ECF No. 13. Now, instead of heeding this Court's Order allowing for additional objections, Plaintiff instead moves for a default judgment. ECF No. 17. Plaintiff's motion, ECF No. 17, is due to be **DENIED**.

Instead of taking the opportunity to respond to the Magistrate Judge's recommendation with respect to the preclusion and venue issues, among other

identified deficiencies, Plaintiff ignored this Court's Order allowing for additional objections and seeks a default judgment where none is appropriate. *See* ECF No. 15 (order denying without prejudice motion for service of summons as service is premature). This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no additional objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on August 23, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**