IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARK C. JACKSON,**

    *Plaintiff*,

v.	Case No.: 1:22cv119-MW/GRJ

**TOM VILSACK, in his capacity as
Secretary of Agriculture, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING IN PART MOTION FOR RECONSIDERATION, VACATING ORDER, AND ADOPTING REPORT AND RECOMMENDATION OVER PLAINTIFF'S OBJECTIONS

By prior order, this Court dismissed this case for Plaintiff's failure to pay the filing fee. ECF Nos. 6 and 7. However, the Clerk's Office subsequently received a check from Plaintiff paying the filing fee in full, and a motion for reconsideration, ECF No. 10. This Court vacated its prior order adopting the Report and Recommendation and permitted Plaintiff to file additional objections. ECF No. 13. This Court ultimately adopted the Report and Recommendation after Plaintiff filed no additional objections. *See* ECF No. 18. Now Plaintiff seeks reconsideration of the Report and Recommendation in light of the objections that he had filed previously and which this Court has not yet addressed. ECF No. 20.

Plaintiff's motion for reconsideration, ECF No. 20, is **GRANTED in part**. The Clerk is directed to **VACATE** this Court's prior order, ECF No. 18, and the judgment, ECF No. 19. In addition, having reviewed *de novo* Plaintiff's objections, ECF No. 5,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion over Plaintiff's objections, except with respect to the Magistrate Judge's recommendation to dismiss for failure to pay the filing fee or move to proceed *in forma pauperis*. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice." The Clerk shall close the file.

**SO ORDERED on August 30, 2022.**

                                              s/Mark E. Walker          
                                              **Chief United States District Judge**

---

[1] Plaintiff asserts that he filed objections also at ECF No. 8. Not so. This filing is an "emergency motion to compel restoration of freedom and discovery and other relief," in which Plaintiff asked this Court to issue "an order in compliance with 18 U.S.C. 1964, preventing the controlling of [his] food and medicine deliveries[,] compelling the discovery requested, expeditiously granting relief sought in the complaint and include being made Director of NOAA." *Id*. at 7. Even liberally construed as objections to the Report and Recommendation and considered *de novo*, the Report and Recommendation, ECF No. 4, is still properly adopted as this Court's opinion.